CASE NUMBER ORIGINAL 1:22-cv-763

IN THE UNITED STATES DISTRICT COURT FOR THE SIXTH CIRCUIT

JAMES SULLIVAN,

Petitioner-Appellant, Previous Brief (23-3734)

v.

HAMILTON COUNTY COURT OF COMMON PLEAS, et al.,

Respondents -Appellees

**RESPONDENTS- CHARMAINE Mc GUFFEY, LIEUTENANT DENNIS BROGAN, SGT. MICHEAL DRYER, DEPUTY SPEERS, DEPUTY HNRYAK, DEPUTY. OBER. LARA HAYSLIP  UNAUTHORIZED COUNTY (REMOTE DIVISON)   ROBERT RUEHLMAN, THOMAS HEEKIN, JODY LUEBBERS, AND TERRENCE NESTOR**

---

On Appeal from the United States District Court, Southern District of Ohio, Western Division, Doc 69, and previous filed objections

---

James Sullivan
Petitioner
3556 Wilson Ave.
Cincinnati Ohio
[45229]
88automate@gmail.com

Pamela J. Sears (0012552)
Assistant Prosecuting Attorney
HAMILTON COUNTY
PROSECUTOR'S OFFICE
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
DDN: (513) 946-3082 (Sears)
pam.sears@hcpros.org

LINDA L. WOEBER (0039112)
COOPER D. BOWEN (0093054)
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio  45202
513.768.5239 / lwoeber@mojolaw.com
513.768-5242 / cbowen@mojolaw.com

i

NOTICE OF APPEAL UNDER RULE 3 PROP OBJECTIONS TO MAGISTRATES ORDER AND REPORT AND RECOMMENDATIONS AND JUDGES OPINION AND ORDER PER 28 U.S. C.§ 636 (b)(1)(C). AND RULE 4

NOTICE OF APPEAL

1.      Notice is hereby given this 22nd day of November, 2023, that 1. James Sullivan hereby appeals to the United States Court of Appeals for the Southern of Ohio Circuit from the judgment of this Court entered on the day of 07/15/2023 in favor of against said objection of Mr. Gipson's motion to dismiss MAGISTRATES ORDER AND RECOMMENDATIONS filed on, June 15th 2023 by Judges: McFarland and or Judge: Michael R. Barrett Doc #: 32 Filed: 06/15/23 Page: 1 of 27 PAGEID #: 1337order and Opinion filed on Doc #: 34 Filed: 07/05/23 Page: 1 of 4 PAGEID #: 1839. The large amount of pages missing from this case  Make it hard to follow. Doc #: 36 Filed: 05/11/23 Page: 1 of 1 PAGEID #: 1500 and Doc #: 37 Filed: 05/11/23 Page: 1 of 55 PAGEID #: 1836 making the correct application on what RULE were lawfully in place is important.

2.      The fact that more employees are coming forward about said "M" docket that was not considered by "THE JUDGES' as not a court of Record is Instead, conducted without notice or concurrence of the parties, and without due process. and at other points rules of another jurisdiction foreign to this court.

3.     The facts that this case is developing and more Defendants may be named at a later date see Federal Rules of Appellate Procedure 3(c)(1) (A); *National Center For Immigrants' Rights Inc. v. INS*, 892 F.2d 814 (9th Cir. 1999).

4.     The defendants are here and after called the **RESPONDENTS- CHARMAINE Mc GUFFEY, LIEUTENANT DENNIS BROGAN, SGT. MICHEAL DRYER, DEPUTY SPEERS, DEPUTY HNRYAK, DEPUTY. OBER. LARA HAYSLIP (REMOTE DIVISON) ROBERT RUEHLMAN, THOMAS HEEKIN, JODY LUEBBERS, AND TERRENCE NESTOR.**

5.     Mr. Sullivan known as the Plaintiff here and after called **the** Petitioner

**The** Attorney in fact authorized Representative on behalf of Petitioner JAMES SULLIVAN , Ens Legis.(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party).

6.     The following statement is made per 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, I James Sullivan cites Rule 201 with and for the benefit of the Magistrate 28 U.S. Code § 1746, states "oath of office, or an oath required to be taken before a specified official (other than a notary public), such matter may, with like force and effect, be supported, evidenced, are as follows.

(1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).

        (Signature)".

(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).

       (Signature)".

7.    None of the sheriff deputies executed as stated above "affirm" is not certify, verify, or state.

**42**  CINCINNATI BAR ASSOCATION 225 E 6TH St FL 2  Cincinnati, Ohio 45202 513 381-8213 DUNS # **074720863**,

 **"THE JUDGES"**PO Box 564 Perrysville, OH 44864 or Mansfield, OH IRS details EIN 31-0962478

**8.**   **I James Sullivan declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (11/22/2023).

      (Signature)_____

James Sullivan
13556 Wilson Ave.
Cincinnati, Ohio 45229
88automate@gmail.com

## CERTIFICATE OF SERVICE

The undersigned counsel states that this brief was filed electronically; that no paper copies were filed with the clerk of court. I certify that on this 22th day of November, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users, or, if they are not, by forwarding a true and correct copy by email and/or U.S. mail, to their address of record:

James Sullivan

4

CASE NUMBER ORIGINAL 1:22-cv-763

IN THE UNITED STATES DISTRICT COURT FOR THE SIXTH CIRCUIT

JAMES SULLIVAN,

Petitioner-Appellant,  Previous Brief  (23-3734)

v.

HAMILTON COUNTY COURT OF COMMON PLEAS, et al.,

Respondents -Appellees

**RESPONDENTS- CHARMAINE Mc GUFFEY, LIEUTENANT DENNIS BROGAN, SGT. MICHEAL DRYER, DEPUTY SPEERS, DEPUTY HNRYAK, DEPUTʸ. OBER. LARA HAYSLIP  UNAUTHORIZED COUNTY (REMOTE DIVISON)   ROBERT RUEHLMAN, THOMAS HEEKIN, JODY LUEBBERS, AND TERRENCE NESTOR**

On Appeal from the United States District Court, Southern District of Ohio, Western Division, Doc 69, and previous filed objections

James Sullivan
Petitioner
3556 Wilson Ave.
Cincinnati Ohio
[45229]
88automate@gmail.com

Pamela J. Sears (0012552)
Assistant Prosecuting Attorney
HAMILTON COUNTY
PROSECUTOR'S OFFICE
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
DDN: (513) 946-3082 (Sears)
pam.sears@hcpros.org

LINDA L. WOEBER (0039112)
COOPER D. BOWEN (0093054)
MONTGOMERY JONSON LLP
600 Vine Street, Suite 2650
Cincinnati, Ohio  45202
513.768.5239 / lwoeber@mojolaw.com
513.768-5242 / cbowen@mojolaw.com

i

NOTICE OF APPEAL UNDER RULE 3 PROP OBJECTIONS TO MAGISTRATES ORDER AND REPORT AND RECOMMENDATIONS AND JUDGES OPINION AND ORDER PER 28 U.S. C.§ 636 (b)(1)(C). AND RULE 4

## NOTICE OF APPEAL

1.     Notice is hereby given this 22nd day of November, 2023, that 1. James Sullivan hereby appeals to the United States Court of Appeals for the Southern of Ohio Circuit from the judgment of this Court entered on the day of 07/15/2023 in favor of against said objection of Mr. Gipson's motion to dismiss MAGISTRATES ORDER AND RECOMMENDATIONS filed on, June 15th 2023 by Judges: McFarland and or Judge: Michael R. Barrett Doc #: 32 Filed: 06/15/23 Page: 1 of 27 PAGEID #: 1337order and Opinion filed on Doc #: 34 Filed: 07/05/23 Page: 1 of 4 PAGEID #: 1839. The large amount of pages missing from this case  Make it hard to follow. Doc #: 36 Filed: 05/11/23 Page: 1 of 1 PAGEID #: 1500 and Doc #: 37 Filed: 05/11/23 Page: 1 of 55 PAGEID #: 1836 making the correct application on what RULE were lawfully in place is important.

2.     The fact that more employees are coming forward about said "M" docket that was not considered by "THE JUDGES' as not a court of Record is Instead, conducted without notice or concurrence of the parties, and without due process. and at other points rules of another jurisdiction foreign to this court.

2

3.     The facts that this case is developing and more Defendants may be named at a later date see Federal Rules of Appellate Procedure 3(c)(1) (A); *National Center For Immigrants' Rights Inc. v. INS*, 892 F .2d 814 (9th Cir. 1999).

4.     The defendants are here and after called the **RESPONDENTS-CHARMAINE Mc GUFFEY, LIEUTENANT DENNIS BROGAN, SGT. MICHEAL DRYER, DEPUTY SPEERS, DEPUTY HNRYAK, DEPUTY. OBER. LARA HAYSLIP (REMOTE DIVISON) ROBERT RUEHLMAN, THOMAS  HEEKIN, JODY LUEBBERS, AND TERRENCE NESTOR.**

5.     Mr.  Sullivan known as the Plaintiff here and after called **the** Petitioner

**The** Attorney in fact authorized Representative on behalf of Petitioner  JAMES SULLIVAN , Ens Legis.(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party).

6.     The  following  statement  is  made  per  28  U.S.  Code  §  1746 - Unsworn declarations under penalty of perjury, I James Sullivan cites Rule 201  with and for the benefit of the Magistrate 28 U.S. Code § 1746, states  "oath of office, or an oath required to be taken before a specified official (other than a notary public), such matter may, with like force and effect, be supported, evidenced, are as follows.

(1)  If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date).

        (Signature)".

3

(2) If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date).

      (Signature)".

7.    None of the sheriff deputies executed as stated above "affirm" is not certify, verify, or state.

**42**  CINCINNATI BAR ASSOCATION 225 E 6TH St FL 2 Cincinnati, Ohio 45202 513 381-8213 DUNS # **074720863**,

**"THE JUDGES"**PO Box 564 Perrysville, OH 44864 or Mansfield, OH IRS details EIN 31-0962478

**8.**   **I James Sullivan declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (11/22/2023).

      (Signature)_____

James Sullivan
13556 Wilson Ave.
Cincinnati, Ohio 45229
88automate@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned counsel states that this brief was filed electronically; that no paper copies were filed with the clerk of court. I certify that on this 22th day of November, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users, or, if they are not, by forwarding a true and correct copy by email and/or U.S. mail, to their address of record:

James Sullivan

4

**FORM 26. Cricketing Statement**

Foro 26(#. 1)
JoI 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

### Case Number: 1:22-cv-763

**Short Case Caption:** Filing James Sullivan v. Hamilton Cty. et al.

Party Entity: "THE JUDGES"

> Instructions: Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| 6th district Sothern Ohio | 1:22-cv-763 | ADA civil |

Relief sought on appeal: None/Not Applicable

Injunction to use court services. Without constant harassment

Relief awarded below (if damages, specify):     None/Not Applicable
I James Sullivan can not be forced eight stories end up in the hospital with heart attack because of poor management and just not resding comperhemption

Briefly describe the judgment/order appealed from:
The immunity applied to a unlawful group that is legislative when the clearly stated case law is different. Honest services at the court is fount to go into 194 houses this is on offence

Nature of judgment (select one):     Date of judgment: 10/25/23:_____

- ☐ Final Judgment, 28 USC § 1295
- ☐ Rule ñ4(b)
- ☐ Interlocutory Order (specify type) _____
- ☒ Other (explain) it is a mix of not completing magistrate reference to mixing different Judge without a record. Mis application of the ADA title II

Hundreds of pegs missing from the docket, I need a leave of court to realign the docket

**FORM 26. Cricketing Statement**

Fon»26( 2)
JoI 2020

Name and docket number of any related cases pending before this coui•t, and the name of the writing judge if an opinion was issued.     None/Not Applicable

### 1:22-cv-764 two more in state court B210049 is a shell case the M2100049 M2100050 M2100051 "THE JUDGE Court calin it is not a state docket

Issues to be raised on appeal:     None/Not Applicable
Too many to list

Have there been discussions with other parties relating to settlement of this case?

☐    Yes    ☒    No not really at all they still have my cane and sim card   AND NOT SAFE TO ENTER

If "yes," when were the last such discussions?

   ☐ Before the case was filed below During the pendency
   ☐ of the case below
   ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? N/A   ☐ Yes     ☐ No

If they were mediated, by whom? NA

Maybe

Do you believe that this case may be amenable to mediation? O Yes    O No
Well I asked court services if I could bring in Spanish, Port Rican and Italian it was not a positive response

Provide any other information relevant to the inclusion of this case in the court's mediation program.

Myself and Mr. Gipson tried giving masks gloves and spoke to Mr. Linnie about electronic air cleaner it did not help a deputy died in the jail and one of the best court admistrators did also Judy

Date: _____    Signature: _____

                  Name:   JAMES SULLIVAN

**Save for Filing**

**FORM 26. Cricketing Statement**

Foro 26(#.1)
JoI 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

### Case Number: 1:22-cv-763

**Short Case Caption:** Filing James Sullivan v. Hamilton Cty. et al.

Party Entity: "THE ¡UDGES"

> Instructions: Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| 6th district Sothern Ohio | 1:22-cv-763 | ADA civil |

Relief sought on appeal: None/Not Applicable

Injunction to use court services. Without constant harassment

Relief awarded below (if damages, specify):        None/Not Applicable
I James Sullivan can not be forced  eight stories end up in the hospital with heart attack because of poor management and just no resding comperhemption

Briefly describe the judgment/order appealed from:
The immunity applied to a unlawful group that is legislative when the clearly stated case law is different. Honest services at the court is fount to go into 194 houses this is on offence

Nature of judgment (select one):        Date of judgment: 10/25/23:_____

- ☐ Final Judgment, 28 USC § 1295
- ☐ Rule ñ4(b)
- ☐ Interlocutory Order (specify type) _____
- ☒ Other (explain) it is a mix of not completing magistrate reference to mixing different Judge without a record. Mis application of the ADA title II

Hundreds of pegs missing from the docket, I need a leave of court to realign the docket

**FORM 26. Cricketing Statement**

Fon»26( 2)
JoI 2020

Name and docket number of any related cases pending before this coui•t, and the
name of the writing judge if an opinion was issued.      None/Not Applicable

### 1:22-cv-764 two more in state court B210049 is a shell case the M2100049 M2100050 M2100051 "THE JUDGE Court calin it is not a state docket

Issues to be raised on appeal:      None/Not Applicable
Too many to list

Have there been discussions with other parties relating to settlement of this case?

☐   Yes    ☒   No not really at all they still have my cane and sim card   AND NOT
                                          SAFE TO ENTER !!
If "yes," when were the last such discussions?                            ∘ ◦

   ☐ Before the case was filed below During the pendency
   ☐ of the case below
   ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  N/A  ☐ Yes        ☐ No

If they were mediated, by whom?      N/A

Maybe

Do you believe that this case may be amenable to mediation? O  Yes      O  No
Well I asked court services if I could bring in Spanish, Port Rican and Italian it was not a
positive response

Provide any other information relevant to the inclusion of this case in the court's
mediation program.
Myself and Mr. Gipson tried giving masks gloves and spoke to Mr. Linnie about electronic air cleaner it did not
help a deputy died in the jail and one of the best court admistrators did also Judy

Date: 11/22/23      Signature: _James Sulln_

      Name:  JAMES SULLWNN

[Save for Filing]

**FORM 26. Cricketing Statement**

Foro 26(#.1)
JoI 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number: 1:22-cv-763**

**Short Case Caption:** Filing James Sullivan v. Hamilton Cty. et al.

Party Entity: "THE JUDGES"

> Instructions: Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| 6th district Sothern Ohio | 1:22-cv-763 | ADA civil |

Relief sought on appeal: None/Not Applicable

Injunction to use court services. Without constant harassment


Relief awarded below (if damages, specify):          None/Not Applicable
I James Sullivan can not be forced  eight stories end up in the hospital with heart attack because of poor management and just no resding comperhemption

Briefly describe the judgment/order appealed from:
The immunity applied to a unlawful group that is legislative when the clearly stated case law is different. Honest services at the court is fount to go into 194 houses this is on offence

Nature of judgment (select one):          Date of judgment: 10/25/23:_____

☐ Final Judgment, 28 USC  § 1295
☐ Rule ñ4(b)
☐ Interlocutory Order (specify type) _____
☒ Other (explain)  it is a mix of not completing magistrate reference to mixing different
    Judge without  record. Mis application of the ADA title II
Hundreds of pegs missing from the docket, I need a leave of court to realign the docket

**FORM 26. Cricketing Statement**

Fon»26( 2)
JoI 2020

Name and docket number of any related cases pending before this coui•t, and the
name of the writing judge if an opinion was issued. None/Not Applicable

### 1:22-cv-764 two more in state court B210049 is a shell case the M2100049 M2100050 M2100051 "THE JUDGE Court calin it is not a state docket

Issues to be raised on appeal: None/Not Applicable
Too many to list

Have there been discussions with other parties relating to settlement of this case? AND NOT

☐ Yes ☒ No not really at all they still have my cane and sim card AND NOT

If "yes," when were the last such discussions? SADE TO ENTER

☐ Before the case was filed below During the pendency
☐ of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated? N/A ☐ Yes ☐ No

If they were mediated, by whom? N/A

Maybe

Do you believe that this case may be amenable to mediation? O Yes O No
Well I asked court services if I could bring in Spanish, Port Rican and Italian it was not a
positive response

Provide any other information relevant to the inclusion of this case in the court's
mediation program.
Myself and Mr. Gipson tried giving masks gloves and spoke to Mr. Linnie about electronic air cleaner it did not
help a deputy died in the jail and one of the best court admistrators did also Judy

Date: 11/22/23     Signature: JAMES Sullivan

Name: JAMES SULLIVAN

Save for Filing



ORIGIN ID: LUKA (XXX) XXX-XXXX
647 APPLEHAMA RD
DIAMONDHEAD, MS 39525
UNITED STATES US

BILL CREDIT CARD

TO **CLERK POTTER STEWART US
COURTHOUSE
100 E 5TH ST RM 103**

**CINCINNATI OH 45202**
(513) 648-7600

FedEx
TRK# 7858 5635 0760
0201
FedEx
TRK# 7858 5635 0760
0201

**TS LUKA**

FedEx
Express

E

FRI – 24 NOV AA
**PRIORITY OVERNIGHT**
FRI – 24 NOV AA
**PRIORITY OVERNIGHT**

45202
OH-US
**CVG**

452988 24Nov2023 HNSA S01C5/7B02/C898

POTTER STEWART U.S. COURTHOUSE
100 E. FIFTH STREET (CLERK RM.103)
CINCINNATI, OHIO 45202

X-RAY
MARSHALS SE...

Envelo

I'm recy